## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DATA CARRIERS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NEWEGG, INC., | : | |
| | : | C.A. No. 1:12-cv-00942-LPS |
| Defendant and | : | |
| Counterclaim Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| IP NAVIGATION GROUP, LLC, | : | |
| | : | |
| Counterclaim Defendant. | : | |

**COUNTERCLAIM DEFENDANT IP NAVIGATION GROUP, LLC'S MOTION TO DISMISS NEWEGG INC.'S COUNTERCLAIM OR IN THE ALTERNATIVE TO STRIKE NEWEGG, INC'S REQUEST FOR RELIEF UNDER COUNTERCLAIM III**

Counterclaim defendant IP Navigation Group, LLC ("IPNav"), by and through its undersigned counsel, respectfully move this Court to Dismiss Plaintiff's Counterclaim III, pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the alternative strike Plaintiff's Request for Relief pursuant to Fed. R. Civ. P. 12(f) and in support thereof avers as follow:

1. On July 19, 2012, Defendant Data Carriers, LLC ("Data Carriers") filed a complaint against Plaintiff Newegg, Inc. ("Newegg") alleging patent infringement of its U.S. Patent No. 5,388,198 ("198 patent").

2. On August 14, 2012, Newegg filed an Answer and Counterclaims to Data Carriers complaint. Count III of Newegg's counterclaims alleges abuse of process against Data Carriers

and IPNav. Newegg alleges, among other things, that IPNav is Data Carriers' agent in filing the patent infringement case.

3. IPNav is not a party to the original patent infringement case.

4. Under Paragraph H of Newegg's Prayer for Relief on its Counterclaims, Newegg requests "an order imposing appropriate sanctions against Data Carriers, IP Nav, and/or its counsel, including sanctions pursuant to Fed. R. Civ. P. 11 and 28 U.S.C. §1927."

5. As more fully set forth in the accompanying Brief, which is incorporated herein as though set forth at length, Plaintiff has failed to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P 12(b)(6) because its request for sanctions has not been properly pled under Fed. R. Civ. P. 11 or 28 U.S.C. §1927. Accordingly, Newegg's prayer for relief should be dismissed.

6. Plaintiff has failed to state a claim upon which relief can be granted pursuant to Fed. R. of Civ. P. 12(b)(6) regarding its abuse of process counterclaim because IPNav is not a plaintiff in the original patent infringement action and therefore, IPNav is not a proper party to an abuse of process claim. Accordingly, Newegg's abuse of process counterclaim against IPNav should be dismissed.

7. In the alternative, IPNav requests that this Court strike Newegg's request for relief pursuant to Fed. R. Civ. P. 12(f) as such request is immaterial, impertinent, and scandalous.

WHEREFORE, IPNav respectfully request that Newegg's Counterclaim III be dismissed with prejudice.

ECKERT SEAMANS CHERIN & MELLOTT, LLC

*/s/ Kevin F. Brady*
Kevin F. Brady, Esquire (Bar No. 2248)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
kbrady@eckertseamans.com
302-574-7412 (Phone)
302-425-0432 (Fax)
*Attorneys for Counterclaim Defendant IP Navigation Group, LLC*

Dated: November 5, 2012