| | | |
|---|---|---|
| DATA CARRIERS, LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NEWEGG, INC., | : | |
| | : | C.A. No. 1:12-cv-00942-LPS |
| Defendant and | : | |
| Counterclaim Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| IP NAVIGATION GROUP, LLC, | : | |
| | : | |
| Counterclaim Defendant. | : | |

**COUNTERCLAIM DEFENDANT IP NAVIGATION GROUP, LLC'S MOTION TO DISMISS COUNT III OF NEWEGG, INC.'S AMENDED COUNTERCLAIM**

Counterclaim defendant IP Navigation Group, LLC ("IPNav"), by and through its undersigned counsel, respectfully moves this Court to dismiss Count III of Newegg, Inc.'s Amended Counterclaim, pursuant to Federal Rule of Civil Procedure 12(b)(6), and in support thereof avers as follow:

1.      On July 19, 2012, Defendant Data Carriers, LLC ("Data Carriers") filed a complaint against Newegg, Inc. ("Newegg") alleging patent infringement of its U.S. Patent No. 5,388,198 ("198 patent").

2.      On August 14, 2012, Newegg filed an Answer and Counterclaims to Data Carriers complaint. Count III of Newegg's counterclaims alleges abuse of process against Data Carriers and IPNav. Newegg alleges, among other things, that IPNav is Data Carriers' agent in filing the patent infringement case.

3.      IPNav is not a party to the original patent infringement case.

4.      As more fully set forth in the accompanying Brief, which is incorporated herein as though set forth at length, Newegg has failed to state a claim upon which relief can be granted pursuant to Fed. R. of Civ. P. 12(b)(6) regarding its abuse of process amended counterclaim because IPNav is not a plaintiff in the original patent infringement action and therefore, IPNav is not a proper party to an abuse of process claim. In addition, Newegg has failed to request relief against IPNav as required by Fed. R. of Civ. P. 8(a)(3). Accordingly, Newegg's abuse of process amended counterclaim against IPNav should be dismissed.

WHEREFORE, IPNav respectfully request that Count III of Newegg's Amended Counterclaim  be dismissed with prejudice.

ECKERT SEAMANS CHERIN & MELLOTT, LLC


*/s/ Kevin F. Brady*
Kevin F. Brady, Esquire (Bar No. 2248)
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801
kbrady@eckertseamans.com
302-574-7412 (Phone)
302-425-0432 (Fax)
*Attorneys for Counterclaim Defendant IP Navigation Group, LLC*

Dated:  November 30, 2012