# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS, LLC,<br><br>  Plaintiff,<br>           v.<br><br>NEWEGG INC.,<br><br>  Defendant. | C.A. No. 12-942-LPS |
| NEWEGG INC.,<br><br>  Counterclaimant,<br>           v.<br><br>DATA CARRIERS, LLC AND IP NAVIGATION GROUP, LLC,<br><br>  Counterdefendants. | |

**DATA CARRIERS LLC'S MOTION TO DISMISS NEWEGG'S THIRD CLAIM FOR RELIEF IN ITS COUNTERCLAIM AND JOINDER IN IP NAVIGATION GROUP'S <u>MOTION TO DISMISS</u>**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Plaintiff Data Carriers, LLC ("Data Carriers") respectfully moves the Court to dismiss Defendant and Counterclaimant Newegg Inc.'s Third Counterclaim for failure to state a claim upon which relief can be granted. (D.I. 8.) Data Carriers also hereby joins in Counterdefendant IP Navigation Group, LLC's Motion to Dismiss Newegg Inc.'s Counterclaim and the opening brief in support of such motion. (D.I. 16, 17.) The grounds for this motion are set forth in the opening brief filed contemporaneously herewith.

November 30, 2012

OF COUNSEL:

Marc A. Fenster
Benjamin T. Wang
Adam S. Hoffman
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com
bwang@raklaw.com
ahoffman@raklaw.com

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

**ATTORNEYS FOR PLAINTIFF**
**DATA CARRIERS, LLC**