IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DATA CARRIERS, LLC, | : | |
| Plaintiff, | : | |
| v. | : | C.A. No. 12-942-LPS |
| NEWEGG INC., | : | |
| Defendant. | : | |
| NEWEGG INC., | : | |
| Counterclaim Plaintiff, | : | |
| v. | : | |
| DATA CARRIERS, LLC, and IP NAVIGATION GROUP, LLC, | : | |
| Counterclaim Defendants. | : | |

## ORDER

At Wilmington this 18th day of June, 2013, for the reasons stated on the record during today's Hearing, IT IS HEREBY ORDERED that:

1. Counterclaim Defendant IP Navigation Group, LLC's Motion to Dismiss Newegg Inc.'s Counterclaim Or In the Alternative To Strike Newegg Inc.'s Request for Relief Under Counterclaim III (D.I. 16) is DENIED as moot.

2. Plaintiff Data Carriers, LLC's Motion to Dismiss Newegg Inc.'s Third Counterclaim, and Joinder in IP Navigation Group, LLC's Motion to Dismiss or Strike (D.I. 18) is DENIED as moot.

3. Counterclaim Defendant IP Navigation Group, LLC's Motion to Dismiss Count

III of Newegg, Inc.'s Amended Counterclaim (D.I. 21) is GRANTED.

4. Plaintiff Data Carriers, LLC's Motion to Dismiss Newegg's Third Claim for Relief in its Counterclaim, and Joinder in IP Navigation Group, LLC's Motion to Dismiss (D.I. 23) is GRANTED.

_____
UNITED STATES DISTRICT JUDGE