IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS LLC, | |
| Plaintiff, | |
| v. | C.A. No. 12-942-LPS |
| NEWEGG INC., | |
| Defendant. | |

## UNOPPOSED MOTION TO DISMISS

Plaintiff Data Carriers LLC ("Data Carriers") respectfully moves pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss Data Carriers's claims for relief against Defendant Newegg Inc. ("Newegg") with prejudice and to dismiss Newegg's counterclaims for relief against Data Carriers without prejudice. Newegg does not oppose this motion.

August 20, 2014

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff Data Carriers LLC*

IT IS SO ORDERED this 20th day of August, 2014.

_____
The Honorable Leonard P. Stark
Chief United States District Judge