AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Delaware___ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO. 12-942 | DATE FILED 7/19/2012 | U.S. DISTRICT COURT for the District of Delaware |
|---|---|---|
| PLAINTIFF<br>Data Carriers, LLC | | DEFENDANT<br>Newegg Inc. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  5,388,198 | 2/7/1995 | Data Carriers, LLC |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | |
|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Order of Dismissal |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| John A. Cerino | | 8-28-14 |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy



## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DATA CARRIERS LLC, <br><br> Plaintiff, <br><br> v. <br><br> NEWEGG INC., <br><br> Defendant. | C.A. No. 12-942-LPS |

### UNOPPOSED MOTION TO DISMISS

Plaintiff Data Carriers LLC ("Data Carriers") respectfully moves pursuant to Federal Rule of Civil Procedure 41(a)(2) to dismiss Data Carriers's claims for relief against Defendant Newegg Inc. ("Newegg") with prejudice and to dismiss Newegg's counterclaims for relief against Data Carriers without prejudice. Newegg does not oppose this motion.

August 20, 2014

BAYARD, P.A.

/s/ Stephen B. Brauerman
Richard D. Kirk (rk0922)
Stephen B. Brauerman (sb4952)
Vanessa R. Tiradentes (vt5398)
Sara E. Bussiere (sb5725)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
(302) 655-5000
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com
sbussiere@bayardlaw.com

*Attorneys for Plaintiff Data Carriers LLC*

IT IS SO ORDERED this 20th day of August, 2014.

_____
The Honorable Leonard P. Stark
Chief United States District Judge